### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ACCESS MEDIQUIP, LLC                                                                   PLAINTIFF

v.                          NO. 4:11CV00695 JLH

ST. VINCENT INFIRMARY MEDICAL
CENTER, a/k/a ST. VINCENT HEALTH SYSTEM                      DEFENDANT

### <u>ORDER</u>

The joint motion for extension of the discovery deadline is GRANTED. Document #8. The deadline for completion of discovery is hereby extended up to and including July 30, 2012.

IT IS SO ORDERED this 28th day of June, 2012.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE