# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ACCESS MEDIQUIP, LLC                                                             PLAINTIFF

v.                    NO. 4:11CV00695 JLH

ST. VINCENT INFIRMARY MEDICAL
CENTER, a/k/a ST. VINCENT HEALTH SYSTEM                    DEFENDANT

### ORDER

The joint motion for extension of the discovery deadline is GRANTED. Document #8. The deadline for completion of discovery is hereby extended up to and including July 30, 2012.

IT IS SO ORDERED this 28th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE