**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ACCESS MEDIQUIP, LLC                                                    PLAINTIFF

v.                              CASE NO. 4:11CV00695 JLH

ST. VINCENT INFIRMARY
MEDICAL CENTER a/k/a
ST. VINCENT HEALTH SYSTEM                                    DEFENDANT

### <u>ORDER</u>

Defendant's unopposed motion to extend the motions deadline is GRANTED. Document #10.  The deadline for filing all motions, except motions in limine, is hereby extended up to and including August 6, 2012.

IT IS SO ORDERED this 25th day of July 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE