### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ACCESS MEDIQUIP, LLC                                                                                       PLAINTIFF

v.                                          CASE NO. 4:11CV00695 JLH

ST. VINCENT INFIRMARY
MEDICAL CENTER a/k/a
ST. VINCENT HEALTH SYSTEM                                                                      DEFENDANT

### ORDER

Defendant's unopposed motion to extend the motions deadline is GRANTED. Document #10. The deadline for filing all motions, except motions in limine, is hereby extended up to and including August 6, 2012.

IT IS SO ORDERED this 25th day of July 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE