# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ACCESS MEDIQUIP, LLC     PLAINTIFF

V.     CASE NO: 4-11-CV-0695-JLH

ST. VINCENT INFIRMARY
MEDICAL CENTER a/k/a
ST. VINCENT HEALTH SYSTEM     DEFENDANT

## ORDER

St. Vincent's Motion for Leave to File Motion Exhibits Under Seal is GRANTED. Document #61. St. Vincent hereby has the Court's leave to file exhibits under seal in support of its Motion to Exclude Access Damages Witness Gene Hyatt.

IT IS SO ORDERED this 2nd day of January, 2014.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1