# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ACCESS MEDIQUIP, LLC                                                                              PLAINTIFF

v.                                   NO. 4:11CV00695 JLH

ST. VINCENT INFIRMARY
MEDICAL CENTER, a/k/a
ST. VINCENT HEALTH SYSTEM                                                                   DEFENDANT

## ORDER

The Court has determined that the jury trial of this matter scheduled for the week of February 10, 2014, in Little Rock, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 28th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE